PD-1668-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/23/2015 2:18:11 PM
Accepted 12/23/2015 3:03:04 PM
ABEL ACOSTA
CLERK

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| V. | § | CAUSE NUMBERS _____ |
| | § | |
| CODY CRYMES | § | |

## APPELLANT'S MOTION TO EXTEND TIME
## TO FILE THE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Cody Crymes, appellant, files Appellant's Motion To Extend Time To File The Petition For Discretionary Review and would show as follows:

I.

Appellant was indicted for the felony offense of Sexual Assault of a Child in cause number 17166 in the 253rd Judicial District Court of Chambers County. The First Court of Appeals dismissed the appeal in cause number 01-15-00206-CR in Cody Crymes v. The State of Texas on November 24, 2015.

This motion relates to an appeal from the denial of Appellant's Motion to Withdraw Plea that was raised by written motion before trial. On May 23, 2013 Appellant was indicted for the felony offense of Sexual Assault of a Child in cause number 17166. 1 CR 9-10. The indictment related to acts alleged to have been committed on April 10, 2011. 1 CR 9-10. On February 7, 2014 Appellant agreed to plead guilty to the acts as alleged in cause number 17166. 1 CR 28-9. The plea

agreement required, *inter alia*, that Appellant be placed on deferred probation for a period of ten years, a fine of $1,500, costs of court, 250 hours of community service restitution, sex offender registration for life, and an agreement that he testify truthfully at any trial or hearing of the co-defendant charged in each of the cases. 1 CR 27. Without accepting the proposed plea agreement or entering any findings, the trial court reset the case until June 27, 2014. 2 RR 8.

On June 27, 2014, Appellant appeared before the trial court with new counsel. 3 RR 4-8. The trial court granted Appellant's motion to substitute new counsel and reset the case, still, without accepting the terms of the previously proposed plea bargain agreement. *See* Id. On September 5, 2014 Appellant filed a Motion to Withdraw Guilty Plea. 1 CR 39-43. On February 27, 2015 the trial court denied Appellant's Motion to Withdraw Guilty Plea. 7 RR 9. On that same date the trial court accepted the proposed plea agreement and sentenced Appellant to ten years deferred probation. 1 CR 71-2. Notice of Appeal was timely filed on March 3, 2015. 1 CR 82. Appellant's brief was timely filed on June 17, 2015. Appellee's brief was filed on August 17, 2015. On September 24, 2015, the First Court of Appeals issued a Memorandum Opinion dismissing Appellant's appeal "for want of jurisdiction." Appellant filed a Motion for Rehearing on October 1, 2015. The First Court of Appeals withdrew its previous opinion and issued a Memorandum Opinion dismissing Appellant's appeal. Appellant's Petition for Discretionary Review will be timely filed if it is filed on or before December 28, 2015.

II.

The petition for discretionary review (PDR) is due by December 28, 2015. This court has not previously granted an extension of time.

III.

Appellant requests until February 22, 2016 to file the PDR. For good cause, he would show that counsel seeks additional time to file the PDR for the following reasons:

Counsel is preparing a brief in *Michael Perry v. State*, No. 14-15-00433-CR; preparing a PDR in *Brogan Melchior v. State*, No. PD-1559-15 and preparing a Motion for Rehearing and En Banc Reconsideration in *Colin Dempsey v. State*, No. 14-14-00634-CR. Counsel is also preparing a Motion to Suppress and for a Jury Trial in *State v. Jonathan Fails*, Cause No. 2014-0637 in Polk County Criminal Court at Law; preparing for a Jury Trial in *State v. Ericka Benson*, Cause No. 6589 and 6590 in Andrews County 109th Judicial Criminal District Court; preparing for a Jury Trial in *State v. James Adams*, Cause No. M-1413164 and M-1413165 in Dallas County Criminal Court at Law 4 and preparing a Motion for New Trial in *State v. Jose Castro*, Cause No. 1480456 in Harris County 263rd Judicial Criminal District Court. Also, Christmas Holidays December 24 and 25, 2015, New Year Holidays December 31, 2015 and January 1, 2016 and a prepaid Vacation January 14 – 18, 2016.

Thus, he needs additional time to file the PDR in appellant's case.

Respectfully submitted,

Rick Oliver
State Bar No. 24048179
1221 Studewood Street
Houston, Texas 77008
(713) 864-3700
(713) 864-3703 (facsimile)
rickoliverlaw@gmail.com

Attorney for Applicant
CODY CRYMES

## CERTIFICATE OF SERVICE

I served this document on Appellate Division of the Chambers County District Attorney's Office, P O Box 1409, Anahuac, Texas, 77514 by United States Mail, first class, on December 23, 2015.

Rick Oliver